■ In the Matter of GEORGE ARCE, Appellant, v JOHN P. KEANE, Respondent. [620 NYS2d 973] —Appeal by the petitioner from a judgment of the Supreme Court, Westchester County (Lange, J.), dated October 28, 1993.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Lange at the Supreme Court. Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.